# Court of Appeals
# of the State of Georgia

ATLANTA,  August 04, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1235. CHEF MIKE'S JAMAICAN BAR AND GRILL LLC et al v. BEST PLAZA, LLC.**

After the magistrate court granted a writ of possession in favor of Best Plaza, LLC ("Best Plaza") and against Chef Mike's Jamaican Bar and Grill LLC ("Chef Mike's") and Michael Williams ("Williams") (collectively, the "defendants"), the defendants appealed to state court. On January 10, 2023, the state court entered an order granting a writ of possession to Best Plaza, entering a default judgment against Chef Mike's, and dismissing Williams from the case. On January 13, 2023, the defendants filed a notice of appeal from that order, which was docketed as the instant appeal. The January 13 notice of appeal also included a motion for the state court to enter a writ of supersedeas, apparently seeking to stay dispossessory or eviction proceedings during the appeal. The defendants also filed an application for discretionary review of the January 10 order, which we denied. See Case No. A23D0221 (Feb. 8, 2023). The state court then denied the motion for supersedeas on March 2, 2023, and the defendants filed an amended notice of appeal on March 23, 2023. We lack jurisdiction.

Our previous denial of the defendants' application for discretionary appeal constitutes an adjudication on the merits, and the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Additionally, to the extent that the defendants seek to appeal the denial of their motion for supersedeas, the appeal of the trial court's denial of their motion for supersedeas is moot. See *Cobb County. v. Mable Oak Dev., LLC*, 366 Ga. App.

561, 563 (2) (a) (883 SE2d 571) (2023) (if the thing sought to be enjoined or prevented through supersedeas takes place, the issue becomes moot on appeal). When the questions presented on appeal have become moot, the appeal is subject to dismissal. See OCGA § 5-6-48 (b) (3).

Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/04/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.